**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DEUTSCHE BANK NATIONAL** | § | |
| **TRUST COMPANY,** | § | |
| *As Trustee of the Home Equity* | § | |
| *Mortgage Loan,* | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:10-CV-808-N** |
| | § | |
| **FELRAY THOMPKINS,** | § | |
| *And all other occupants,* | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclu-

sions, and Recommendation of the United States Magistrate Judge and any objections thereto, in

accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the

Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings

and Conclusions of the Court.  Accordingly, Plaintiff's motion to remand is **GRANTED** and this

case is remanded to County Court at Law No. 5 of Dallas County, Texas.

**SIGNED March 2, 2011.**

_____
**DAVID C. GODBEY**
**UNITED STATES DISTRICT JUDGE**